**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 1 WAL 2021

           Respondent          :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

           v.                   :

                               :

KEITH RICHARD CALLEN,           :

                               :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.